# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) <br> OF THE PREMISES LOCATED AT ) <br> 200 NORTH MAIN STREET ) <br> ATMORE, ALABAMA ) <br> ) <br> IN THE MATTER OF THE SEARCH ) <br> OF THE PREMISES LOCATED AT ) <br> 1150 WEST FRONT STREET ) <br> THOMASVILLE, ALABAMA ) <br> ) <br> IN THE MATTER OF THE SEARCH ) <br> OF THE PREMISES LOCATED AT ) <br> 2193 MONROE STATION ROAD ) <br> MONROEVILLE, ALABAMA ) <br> ) <br> IN THE MATTER OF THE SEARCH ) <br> OF THE PREMISES LOCATED AT ) <br> 2181 SOUTH HIGHWAY 21 BYPASS ) <br> MONROEVILLE, ALABAMA ) | Magistrate No. 10-00022-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, including the audio recording of the evidentiary hearing, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Therefore, it is **ORDERED** that movants' Motion for Return of Property From Evidence (Doc. 11) and Motion for Return of Property (Doc. 19) be **DENIED** to the extent they seek to suppress evidence seized during the searches and the return of cash seized. It is further **ORDERED** that movants' Motion for Return of Property From Evidence (Doc. 11) and Motion

for Return of Property (Doc. 19) be **GRANTED** to the extent that movants seek the return of various records and data which the Government has copied and has determined is needed for the operation of the movants' tax service.

**DONE and ORDERED** this 16th day of September, 2010.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE